NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TITUS D. MILBURN, SR.,**
*Claimaint-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7043

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-2608, Chief Judge Bruce E. Kasold.

---

## ON MOTION

---

## O R D E R

Upon consideration of Titus D. Milburn, Sr.'s motions for leave to file a corrected brief and a joint appendix out of time,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**OCT 2 7 2011**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Eva I. Guerra, Esq.
Vincent D. Phillips, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 2 7 2011

JAN HORBALY
CLERK